IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| SCOTT PAUL PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:16-cv-03254 |
| | ) | |
| SOCIAL SECURITY | ) | JUDGE CAMPBELL |
| ADMINISTRATION, | ) | MAGISTRATE JUDGE |
| | ) | GRAND |
| Defendant. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Judgment on the Record, (*see* Doc. No. 15), which was filed on April 18, 2018. (Doc. No. 20). In the Report and Recommendation, the Magistrate Judge finds that the Administrative Law Judge's ("ALJ") conclusion that Plaintiff is not disabled is not supported by substantial evidence, and recommends that Plaintiff's motion be granted and the case be remanded to the ALJ for further proceedings. Specifically, the Magistrate Judge finds the ALJ erred by: (1) improperly evaluating the opinion of Plaintiff's chiropractor; and (2) failing to mention Plaintiff's 100% service-connected disability rating by the Department of Veterans Affairs. The Magistrate Judge finds these errors were not so harmless that remand would be a useless formality.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 20 at 24-25). No objections were filed.

The Court has carefully reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's motion for judgment on the

administrative record is **GRANTED** and this case is **REMANDED** to the ALJ for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE